STATE OF MINNESOTA

IN SUPREME COURT

A11-2126

In re Petition for Disciplinary Action against
Susanne Marie Glasser, a Minnesota Attorney,
Registration No. 272978.

ORDER

On June 5, 2013, we suspended respondent Susanne Marie Glasser from the practice of law for a minimum of 30 days. *In re Glasser*, 831 N.W.2d 644, 645 (Minn. 2013). Our opinion expressly stated that by June 1, 2014, respondent was required to file with the Clerk of Appellate Courts proof of her successful completion of the professional responsibility portion of the state bar examination and that failure to do so would result in automatic re-suspension, pursuant to Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR). *Glasser*, 831 N.W.2d at 651.

We reinstated respondent on September 11, 2013. *In re Glasser*, 837 N.W.2d 39, 39 (Minn. 2013) (order). Our order reinstating respondent repeated the requirement that, by June 1, 2014, respondent had to file with the Clerk of Appellate Courts proof of successful completion of the professional responsibility portion of the state bar examination and that failure to do so would result in automatic re-suspension, pending successful completion of the examination, pursuant to Rule 18(e)(3), RLPR. *Glasser*, 837 N.W.2d at 40.

1

Rule 18(e)(3), RLPR, provides that, unless waived by this court, a lawyer who has been suspended for 90 days or less "must, within one year from the date of the suspension order, successfully complete such written examination" for the professional responsibility portion of the state bar examination. "Except upon motion and for good cause shown, failure to successfully complete this examination shall result in automatic suspension of the lawyer effective one year after the date of the original suspension order." *Id.*

Respondent did not provide this court with proof by June 1, 2014, that she successfully passed the professional responsibility portion of the state bar examination. In response to an order to show cause directing respondent to provide proof of cause why she should not be immediately suspended, respondent stated that financial problems prevented her from taking the professional responsibility portion of the state bar examination but that she had borrowed money and registered for the August 2014 exam after receiving the order to show cause. Glasser asked for additional time to provide proof that she has successfully completed the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility opposes Glasser's request for additional time in which to pass the exam.

Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the motion of respondent Susanne Marie Glasser for additional time in which to provide proof of her successful completion of the professional responsibility portion of the state bar examination is denied. Respondent's conditional reinstatement is revoked, and she is indefinitely suspended, effective 10 days

2

from the date of the filing of this order. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals). Respondent may apply for reinstatement under Rule 18(f), RLPR, by filing with the Clerk of Appellate Courts and the Director of the Office of Lawyers Professional Responsibility proof that she has successfully completed the professional responsibility portion of the state bar examination.

Dated: July 9, 2014

BY THE COURT:

_____
Alan C. Page
Associate Justice